IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MARGARET ANN PLASENCIA-CHINIEWICZ, : CHAPTER 13
a/k/a MARGARET A. PLASENCIA-CHINIEWICZ, :
a/k/a MARGARET PLASENCIA-CHINIEWICZ, : CASE NO. 5:20-bk-02376
a/k/a MARGARET PLASENCIA, :
a/k/a MARGARET CHINIEWICZ, :
       Debtor :

# CERTIFICATE OF MAILING

I certify that I am more than 18 years of age and that on September 14, 2020, I caused to be served a true and correct copy of the Motion to Termination Wage Attachment on the following parties in the indicated manner:

| Name and Address | Mode of Service |
|---|---|
| Office of the US Trustee<br>228 Walnut Street, Room 1190<br>Harrisburg, PA 17101 | via ECF notification |
| Charles DeHart, III, Esq.<br>Standing Chapter 13 Trustee.<br>P.O. Box 7005<br>Lancaster, PA 17604 | via ECF notification |
| **Jermain's Sew & Vac**<br>**Attn: Payroll Department**<br>**567 Main Street**<br>**Stroudsburg, PA 18360** | Regular First-Class Mail |
| **Margaret Ann Plasencia-Chiniewicz**<br>**208 Trilland Terrace**<br>**East Stroudsburg, PA 18301** | Regular First-Class Mail |

DATED: September 14, 2020

                                    SIGNED: /s/Giana Threats
                                            Giana Threats