UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>    Debtor | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>    Respondent | : | CASE NO. 5-16-bk-02980 |

## OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this 14th day September, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(b)((3). (Bank account refund)

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 16th day September, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee