UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>Debtor | : : : : : : : : | CHAPTER 13 |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE<br>Movant | : : : : | |
| vs. | : : | |
| MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>Respondent | : : : : : : : | CASE NO. 5-20-bk-02376<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.