UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>    Debtor | : CHAPTER 13<br>:<br>:<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>: |
| vs. | : |
| MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>    Respondent | :<br>:<br>:<br>:<br>:<br>: CASE NO. 5-20-bk-02376 |

## AMENDED OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this 14th day September, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(b)((3). (Bank account refund)

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   16th   day September, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

                                                         /s/Deborah A. Behney
                                                         Office of Charles J. DeHart, III
                                                         Standing Chapter 13 Trustee