UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>　　Debtor | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　Movant | : | |
| vs. | : | |
| MARGARET ANN PLASENCIA-CHINIEWICZ a/k/a MARGARET CHINIEWICZ a/k/a MARGARET PLASENCIA a/k/a MARGARET A. PLASENCIA<br>　　Respondent | : | CASE NO.   5-20-bk-02376<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.