```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 20-02376-RNO
Margaret Ann Plasencia-Chiniewicz                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1            Date Rcvd: Sep 14, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
       +Jermain's Sew & Vac,   Attn: Payroll Department,   567 Main Street,
        Stroudsburg, PA 18360-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vincent  Rubino    on behalf of Debtor 1 Margaret Ann Plasencia-Chiniewicz
       lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
       anwilliams.com;swiggins@newmanwilliams.com
                                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MARGARET ANN PLASENCIA-CHINIEWICZ, : CHAPTER 13
a/k/a MARGARET A. PLASENCIA-CHINIEWICZ, :
a/k/a MARGARET PLASENCIA-CHINIEWICZ, : CASE NO. 5:20-bk-02376-RNO
a/k/a MARGARET PLASENCIA, :
a/k/a MARGARET CHINIEWICZ, :
        Debtor :

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on August 27, 2020 is hereby terminated.

Dated: September 14, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)