```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                                  Case No. 20-02376-RNO
Margaret Ann Plasencia-Chiniewicz                                                       Chapter 13
                     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke            Page 1 of 2              Date Rcvd: Sep 15, 2020
                              Form ID: ntcnfhrg          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
```
db              Margaret Ann Plasencia-Chiniewicz,    208 Trilland Terrace,    East Stroudsburg, PA  18301-8748
5350304        +AMERCAN AIRLINES ADVANTAGE,    PO BOX 13337,    PHILADELPHIA, PA 19101-3337
5350305       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  BANK OF AMERICA,     PO BOX 15019,    WILMINGTON, DE 19886)
5350306        +BARCLAYS BANK,    PO BOX 8803,    WILMINGTON, DE 19899-8803
5350307        +BEST BUY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5350308         BLUE RIDGE COMMUNICATIONS,    PO BOX 316,    PALMERTON, PA 18071-0316
5353705        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5350310        +COUNTY WASTE,    PO BOX 8010,    CLIFTON PARK, NY 12065-8010
5350311        +EVINE,   C/O RADIUS GLOBAL SOLUTIONS,     7831 GLENROY RD  SUITE 250-A,
                 MINNEAPOLIS, MN 55439-3132
5350312        +FREDERICK I WEINBERG ESQ,    375 E ELM STREET,    SUITE 210,    CONSHOHOCKEN, PA 19428-1973
5350313         GEISINGER,    100 NORTH ACADEMY AVENUE,    DANVILLE, PA 17822-3941
5350314         HOME DEPOT CREDIT SVCS,    PO BOX 659707,    LOUISVILLE, KY 40290
5355496        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
5350315        +JEWELRY TV,    PO BOX 960061,    ORLANDO, FL 32896-0061
5350317        +KIA MOTORS FINANCE,    4000 MACARTHUR ROAD,    NEWPORT BEACH, CA 92660-2558
5350320         MY BEST BUY,    PO BOX 790441,    SAINT LOUIS, MO 63179-0441
5351564        +Midland Credit Management, Inc.,     PO Box 2037,    Warren, MI 48090-2037
5350321         NORTHSTAR LOCATION SERVICES,    FINANCIAL SERVICES DEPT,     4285 GENESEE STREET,
                 BUFFALO, NY 14225-1943
5350323        #+PATENAUDE & FELIX APC,    4545 MURPHY CANYON ROAD,    3RD FLOOR,    SAN DIEGO, CA 92123-4363
5350324         PNC BANK,    PO BOX 1820,    DAYTON, OH 45401-1820
5350325        +PNC BANK,    PO BOX 6534,    CAROL STREAM, IL 60197-6534
5350326         PPL ELECTRIC UTILITIES,    827 HOUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5350327        +QUEST DIAGNOSTICS,    418 BLUE VALLEY DRIVE,    BANGOR, PA 18013-1525
5350328        +QVC/PENN CREDIT,    2800 COMMERCE DRIVE,    HARRISBURG, PA 17110-9307
5350329        +RADIUS GLOBAL SOLUTIONS,    PO BOX 390905,    MINNEAPOLIS, MN 55439-0905
5350330         RR CORTAZZO,    989 PENNA AVE,    PEN ARGYL, PA 18072
5350331        +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
5350332        +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
5350333        +ST LUKES,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
5350336        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 20:07:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5350309         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:30       COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5350316        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:06       JTV,    9600 PARKSIDE DRIVE,
                 KNOXVILLE, TN 37922-2201
5350318         E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:21       KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5350319        +E-mail/Text: MKnitter@monroecountypa.gov Sep 15 2020 20:00:52
                 MONROE COUNTY TAX CLAIM BUREAU,    1 QUAKER PLAZA ROOM 104,    STROUDSBURG, PA 18360-2141
5350322        +E-mail/Text: paparalegals@pandf.us Sep 15 2020 20:01:06       PATENAUDE & FELIX,
                 501 CORPORATE DRIVE,    SOUTHPOINTE CTR STE 205,    CANONSBURG, PA 15317-8584
5350335         E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:05       SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5061
5350334         E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:06       SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5350431        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:06       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5358448        +E-mail/Text: documentfiling@lciinc.com Sep 15 2020 20:00:18       Tea Olive, LLC,    PO BOX 1931,
                 Burlingame, CA 94011-1931
5350337        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 15 2020 20:00:14
                 VERIZON,    PO BOX 25505,    LEHIGH VALLEY, PA 18002-5505
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020								Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         Vincent Rubino   on behalf of Debtor 1 Margaret Ann Plasencia-Chiniewicz
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

                                                                                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Margaret Ann Plasencia−Chiniewicz, aka Margaret A. Plasencia−Chiniewicz, aka Margaret Plasencia−Chiniewicz, aka Margaret Chiniewicz, aka Margaret Plasencia, | Chapter | 13 |
| | Case No. | 5:20−bk−02376−RNO |
| **Debtor 1** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 28, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 4, 2020  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 15, 2020 |

ntcnfhrg (03/18)