UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Margaret Ann Plasencia-Chiniewicz　　　　　　　　　　　　Case No.: 20-02376

   And

Debtors　　　　　　　　　　　　　　　　　　　　　　　　: CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360
Email: MKnitter@monroecountypa.gov

　　　　　　　　　　　　　　　　　　　　　"/s/ Melinda S. Knitter"
　　　　　　　　　　　　　　　　　　　　　Melinda S. Knitter, Bankruptcy Clerk

Parcel # 17.14D.1.66