# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Margaret Ann Plasencia−Chiniewicz, aka Margaret A. Plasencia−Chiniewicz, aka Margaret Plasencia−Chiniewicz, aka Margaret Chiniewicz, aka Margaret Plasencia, | Chapter | 13 |
| | Case No. | 5:20−bk−02376−RNO |

**Debtor 1**

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on August 19, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: November 5, 2020

By the Court,

*[signature: Robert N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

orcnfpln(05/18)

Case 5:20-bk-02376-RNO    Doc 41    Filed 11/05/20    Entered 11/05/20 09:42:33    Desc
Order Confirming (Am) Plan    Page 1 of 1