

March 1, 2023

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

> RE: **Margaret Ann Plasencia-Chiniewicz**
> **Case No. 5:20-bk-02376**

Dear Clerk:

We have been informed by our client, Margaret Ann Plasencia-Chiniewicz, that she has a new address, as follows:

> 330 Andrew Circle
> Stroudsburg, PA 18360

Please correct the docket and mailing matrix accordingly. Thank you.

> Very truly yours,
>
> */s/ Vincent Rubino*
>
> Vincent Rubino