United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02376-MJC

Margaret Ann Plasencia-Chiniewicz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 14, 2024     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Ann Plasencia-Chiniewicz, 330 Andrew Circle, Stroudsburg, PA 18360-8400 |
| 5350304 | + | AMERCAN AIRLINES ADVANTAGE, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 5350308 | | BLUE RIDGE COMMUNICATIONS, PO BOX 316, PALMERTON, PA 18071-0316 |
| 5350312 | + | FREDERICK I WEINBERG ESQ, 375 E ELM STREET, SUITE 210, CONSHOHOCKEN, PA 19428-1973 |
| 5350314 | | HOME DEPOT CREDIT SVCS, PO BOX 659707, LOUISVILLE, KY 40290 |
| 5350315 | + | JEWELRY TV, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5350322 | + | PATENAUDE & FELIX, 501 CORPORATE DRIVE, SOUTHPOINTE CTR STE 205, CANONSBURG, PA 15317-8584 |
| 5350325 | + | PNC BANK, PO BOX 6534, CAROL STREAM, IL 60197-6534 |
| 5350327 | + | QUEST DIAGNOSTICS, 418 BLUE VALLEY DRIVE, BANGOR, PA 18013-1525 |
| 5350328 | + | QVC/PENN CREDIT, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110-9307 |
| 5350330 | | RR CORTAZZO, 989 PENNA AVE, PEN ARGYL, PA 18072 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 14 2024 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5350305 | | EDI: BANKAMER | Aug 14 2024 22:45:00 | BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE 19886 |
| 5350306 | + | EDI: TSYS2 | Aug 14 2024 22:45:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5350307 | + | EDI: CITICORP | Aug 14 2024 22:45:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5353705 | + | EDI: BANKAMER2 | Aug 14 2024 22:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5350309 | | EDI: WFNNB.COM | Aug 14 2024 22:45:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5350311 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2024 18:42:00 | EVINE, C/O RADIUS GLOBAL SOLUTIONS, 7831 GLENROY RD SUITE 250-A, MINNEAPOLIS, MN 55439-3132 |
| 5350312 | + | Email/Text: contact@fiwlaw.com | Aug 14 2024 18:42:00 | FREDERICK I WEINBERG ESQ, 375 E ELM STREET, SUITE 210, CONSHOHOCKEN, PA 19428-1973 |
| 5350313 | ^ | MEBN | Aug 14 2024 18:38:41 | GEISINGER, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-3941 |
| 5355496 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 14 2024 18:42:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |

| Recipient # | | Method | Time | Address |
|---|---|---|---|---|
| 5350316 | | Email/Text: sandy.cavins@jtv.com | Aug 14 2024 18:42:00 | JTV, 9600 PARKSIDE DRIVE, KNOXVILLE, TN 37922 |
| 5350317 | ^ | MEBN | Aug 14 2024 18:38:42 | KIA MOTORS FINANCE, 4000 MACARTHUR ROAD, NEWPORT BEACH, CA 92660-2507 |
| 5350318 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 14 2024 18:42:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5543533 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 18:52:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543534 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 18:52:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5350319 | + | Email/Text: MKnitter@monroecountypa.gov | Aug 14 2024 18:42:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5350320 | ^ | MEBN | Aug 14 2024 18:38:55 | MY BEST BUY, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5351564 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2024 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5350321 | ^ | MEBN | Aug 14 2024 18:38:44 | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5350324 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2024 18:42:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5359174 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2024 18:42:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 5363950 | | EDI: PRA.COM | Aug 14 2024 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5350326 | ^ | MEBN | Aug 14 2024 18:38:54 | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5350329 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2024 18:42:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5350331 | + | EDI: CITICORP | Aug 14 2024 22:45:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 5350332 | + | EDI: CITICORP | Aug 14 2024 22:45:00 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 5350333 | ^ | MEBN | Aug 14 2024 18:38:52 | ST LUKES, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5350335 | | EDI: SYNC | Aug 14 2024 22:45:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5061 |
| 5350334 | | EDI: SYNC | Aug 14 2024 22:45:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5350431 | + | EDI: AIS.COM | Aug 14 2024 22:45:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5350336 | + | EDI: CITICORP | Aug 14 2024 22:45:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5358448 | + | EDI: LCIFULLSRV | Aug 14 2024 22:45:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5350337 | + | EDI: VERIZONCOMB.COM | Aug 14 2024 22:45:00 | VERIZON, PO BOX 25505, LEHIGH VALLEY, PA 18002-5505 |
| 5365366 | | EDI: AIS.COM | | |

| | | |
|---|---|---|
| | Aug 14 2024 22:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5578344 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5578345 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5364901 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5350310 | ##+ | COUNTY WASTE, PO BOX 8010, CLIFTON PARK, NY 12065-8010 |
| 5350323 | ##+ | PATENAUDE & FELIX APC, 4545 MURPHY CANYON ROAD, 3RD FLOOR, SAN DIEGO, CA 92123-4363 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 16, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Margaret Ann Plasencia-Chiniewicz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Margaret Ann Plasencia-Chiniewicz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-4519<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20-bk-02376-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Margaret Ann Plasencia-Chiniewicz
> aka Margaret A. Plasencia-Chiniewicz, aka
> Margaret Plasencia-Chiniewicz, aka Margaret
> Chiniewicz, aka Margaret Plasencia

**By the court:**

8/14/24

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2